IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY L. GASTILLE,** | 2:11-cv-2829 EFB P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **T. VIRGA, et al.,** | |
| Defendants. | |

The Court, having considered Defendants Fong, Mills, Scruggs, and Virga's request for extension of time to respond to Plaintiff's complaint, and good cause appearing,

IT IS ORDERED that Defendants have to and including February 20, 2013 to file and serve their responsive pleading.

Dated: January 22, 2013.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE