KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
DAVID C. GOODWIN, State Bar No. 283322
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5396
 Fax:  (916) 324-5205
 E-mail:  David.Goodwin@doj.ca.gov
*Attorneys for Defendant T. Virga*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY L. GASTILE,** | 2:11-cv-2829-JAM-EFB (PC) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **T. VIRGA, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant's request to take Plaintiff Timothy Gastile's (D-23237) deposition via videoconference is **GRANTED**.  Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video conferencing equipment if it is not already available.

Dated:  October 24, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2012307547
31815332.doc

[~~Proposed~~] Order (2:11-cv-2829-JAM-EFB (PC))