UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. GASTILE, | No. 2:11-cv-2829-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| T. VIRGA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 10, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed February 10, 2015, are adopted in full;

3     2. Defendants' motion to enforce the settlement agreement, ECF No. 56, is granted;

4     3. Defendants are directed to tender the filing fee for this action to the Clerk of the Court;

5     4. Upon receipt of the filing fee, this action will be dismissed with prejudice. The

6 dismissal with prejudice will constitute an adjudication on the merits.  Fed. R. Civ. P. 41(b).

7     So ordered

8 DATED:  June 9, 2015

9                              /s/ John A. Mendez_____

10                              UNITED STATES DISTRICT COURT JUDGE